JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLOYD DEWAINE SCOTT, | Case No. CV 11-5738-GAF(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| K. HARRINGTON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 18, 2014

_____
Gary A. Feess
United States District Judge